# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2722
Lower Tribunal No. 2006-CF-004637

_____

HUDES RICKY FREDERICK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

October 21, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and GANNAM, JJ., concur.

Dan Ripley, of Ripley Whisenhunt, PLLC, Pinellas Park, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Bureau Chief, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED